IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROXANNE ANDLER,
Individually and on behalf of others
similarly situated and the Proposed
Wisconsin Rule 23 Class,

        Plaintiffs,

v.

ASSOCIATED BANC-CORP,

        Defendant.

ORDER

11-cv-79-wmc

---

The court is in receipt of the parties' joint notice of settlement (dkt. #46) and ADOPTS the following schedule for briefing and notice:

- Motion for class certification and preliminary settlement approval to be filed by September 15, 2011;

- Class counsel to mail notice of settlement within five days of the court's order granting the above motion;

- Class members will have thirty days to respond to the notice of settlement;

- Motion for final settlement approval and attorney's fees and costs to be filed within seven days of the close of the 30-day notice period; and

- The court will hold a Rule 23(e)(2) hearing seven days after receipt of final motion.

Entered this 1st day of September, 2010.

BY THE COURT:

WILLIAM M. CONLEY
District Judge

1