IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**ROXANNE ANDLER,**
individually and on behalf of others
similarly situated and the Proposed
Wisconsin Rule 23 Class,

Court File No. 3:11-cv-79

        Plaintiff,

v.

**ASSOCIATED BANC-CORP,**

        Defendant.

## ORDER

IT IS HEREBY ORDERED that the Addendum to the Stipulation of Settlement and Release of Claims attached as Exhibit "A" to the parties' January 9, 2012 letter (Dkt. #66-1) to this Court is hereby approved and shall be incorporated into the Stipulation of Settlement and Release of Claims (Dkt. #52-1) as though it was set forth in full originally.

DATED: January 19, 2012

                                        HON. WILLIAM M. CONLEY